UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20341-ALTMAN(s)

**UNITED STATES OF AMERICA**
vs.

**ROLANDO RAMIREZ,
RASHEED ALI, a/k/a "Fresh,"
TAMRAT SHIFTA MASON, a/k/a "Shifta,"**

  **Defendants.**
_____/

**GOVERNMENT'S AMENDED WITNESS AND EXHIBIT LIST**

  The Government, by and through the undersigned Assistant United States Attorney, respectfully submits the following list of witnesses and exhibits as it relates to the trial in the above- styled action.

  The Government requests leave to add exhibits as they may become necessary during the trial in this matter.

         Respectfully submitted,

         HAYDEN P. O'BYRNE
         UNITED STATES ATTORNEY


       By: */s/ Abbie D. Waxman*_____
         Abbie D. Waxman
         Assistant United States Attorney
         Florida Bar No.: 109315
         99 N.E. 4th Street
         Miami, FL 33132-2111
         Tel: 305-961-9240
         Email: Abbie.Waxman@usdoj.gov

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| **WITNESSES:** | | | | | | |
| 1. | | | | | Alex Vega | |
| 2. | | | | | Ryan Dreibelbis, FBI | |
| 3. | | | | | Aymara Vega | |
| 4. | | | | | Adriel Vega | |
| 5. | | | | | Yvonne Garcia, MDPD (Retired) | |
| 6. | | | | | Jose Llerena | |
| 7. | | | | | Jaime Serrano | |
| 8. | | | | | Lianko Ramirez | |
| 9. | | | | | Edwin Carias | |
| 10. | | | | | Juan Lombana | |
| 11. | | | | | Julio Betancourt, MDPD | |
| 12. | | | | | Jaime Bethel, MDPD | |
| 13. | | | | | David Hardin, GCSO | |
| 14. | | | | | Timothy "Judah" Pent, FBI | |
| 15. | | | | | Marcos Jimenez | |
| 16. | | | | | Michael Baez | |
| 17. | | | | | Alexei Berbick | |
| 18. | | | | | Larry Hendricks, MDPD | |
| 19. | | | | | Hector Garcia-Balbin, MDPD | |
| 20. | | | | | Jared Jukel | |
| 21. | | | | | Oscar Ali | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 22. | | | | | Frank Gil | |
| 23. | | | | | Dr. Naaman Abdullah | |
| 24. | | | | | David Bernreuther | |
| 25. | | | | | Juan Ramirez | |
| 26. | | | | | Julian Flores | |
| 27. | | | | | Freddy Pena | |
| 28. | | | | | Alex Reyes | |
| 29. | | | | | Garrett Hellman | |
| 30. | | | | | Cindy Barrois, FBI | |
| 31. | | | | | Gregory Hoffman, FBI | |
| 32. | | | | | Sara Rios-Ordonez | |
| 33. | | | | | Asia Lister | |
| 34. | | | | | Alexya Chapoteau | |
| 35. | | | | | Angel Febres | |
| 36. | | | | | Dore Chaponik | |
| 37. | | | | | Derrick Enriquez | |
| 38. | | | | | Carlos Perez | |
| 39. | | | | | Alex Muniz | |
| 40. | | | | | Brendan Acquaviva, FBI | |
| 41. | | | | | Yalene Marissa Gonzalez | |
| 42. | | | | | Manuel Hernandez | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| **EXHIBITS:** | | | | | | |
| 1.<br>1a. | | | | | Residential (1 Vega) 10620 SW 118 Avenue, Miami<br>Shortened Clip | |
| 2.<br>2a.<br>2b.<br>2c. | | | | | Residential (2 Vega) 10620 SW 118 Avenue, Miami<br>Shortened Clip<br>Photo Still of Shooter in Mask<br>Photo Still of Shooter in Gloves | |
| 3.<br>3a.<br>3b.<br>3c. | | | | | Residential 1 - 11756 S.W. 106 Terrace, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Location and Directional Map | |
| 4.<br>4a.<br>4b.<br>4c. | | | | | Residential 1 - 11756 S.W. 106 Terrace, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Location and Directional Map | |
| 5.<br>5a.<br>5b.<br>5c.<br>5d.<br>5e. | | | | | Residential (Park) – 11731 S.W. 108 Lane, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Shortened Clip 3<br>Shortened Clip 4<br>Location and Directional Map | |
| 6.<br>6a. | | | | | Residential 1 11702 S.W. 106 Terrace, Miami<br>Location and Directional Map | |
| 7.<br>7a. | | | | | Residential 2 11702 S.W. 106 Terrace, Miami<br>Location and Directional Map | |
| 8. | | | | | Commercial/Plaza Corner/ 117 Avenue, Miami<br>Business Record Certification (Sp) | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 8a.<br>8b.<br>8c. | | | | | Business Record Certification (Trans.)<br>Location and directional map | |
| 9. | | | | | Sunpass Certification and Images | |
| 10a.<br>10b.<br>10c.<br>10d.<br>10e.<br>10f.<br>10g.<br>10h.<br>10i.<br>10j. | | | | | Enterprise Rental Video (Versa)<br>Photo still of Nissan Versa<br>Enterprise Rental Video (Rogue)<br>Photo still of Nissan Rogue<br>Photo still of Nissan Rogue 2<br>Enterprise Counter Video<br>Photo still of Enterprise counter<br>Photo still garage 1<br>Photo still garage 2<br>Photo still garage 3 | |
| 11. | | | | | FBI drive to Doral Collision | |
| 12. | | | | | Julian Jimenez | |
| 13a.-p. | | | | | ALI residence (Search Warrant March 2023) | |
| 14a.-o.<br>14p.-s. | | | | | ALI residence (Search Warrant August 2024)<br>Burner Phones Recovered | |
| 15. | | | | | Impala Title | |
| 16a.-b. | | | | | Juan Ramirez a/k/a "Shampoo" Phone Extraction<br>Chat<br>Transfers | |
| 17a.<br>17b. | | | | | Lightened Image<br>Recording making lightened image | |
| 18. | | | | | Firearm DNA Swabs | |
| 19. | | | | | Juan "Shampoo" Ramirez | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 20a.-e. | | | | | Typhani ALI Residence (Consent Search August 2024) | |
| 21a.-e. | | | | | Mari Oba Photographs | |
| 22a.-g. | | | | | Juan Ramirez CashApp Photographs | |
| 23a.-e. | | | | | ALI Layne Boulevard (Consent Search August 2024) | |
| 24a.-c. | | | | | Timeless Cannabis Instagram | |
| 25. | | | | | MASON Facebook photographs | |
| 26a.-i. | | | | | FDC Miami visitation area | |
| 27.<br>27a.-f. | | | | | Shirt<br>Photographs of shirt in vehicle | |
| 28.<br>28a.-e. | | | | | Ballistics/ Projectiles (2) / Body of Alex Vega<br>Photographs | |
| 29.<br>29a.-g | | | | | Ballistic/ Casings (5) / Residence<br>Photographs | |
| 30. | | | | | Ballistic/ Casing (1)/ Residence | |
| 31.<br>31a.-h. | | | | | Ballistic/ Projectiles (2) / Fragment (1) Vehicle<br>Photographs | |
| 32.<br>32a. | | | | | Ballistic/ Projectile and Fragments (Driver's Seat), Projectile (shoe box trunk)<br>Photograph | |
| 33.<br>33a.-g. | | | | | Mask<br>Photographs from scene | |
| 34.<br>34a.-e. | | | | | Gloves<br>Photographs from scene | |
| 35a.<br>35b.-m. | | | | | Ballistics/ Firearm, Magazine, Test Fires<br>Photographs | |

6

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 36.<br>36a. | | | | | Aerial Image<br>Aerial Image with Evidence Locations | |
| 37.<br>37a. | | | | | Jimenez Swab<br>Jimenez Photograph | |
| 38. | | | | | Unfired cartridges | |
| 39a.<br>39b.<br>39c.<br>39d.<br>39e.<br>39f.<br>39g.<br>39h.<br>39i.<br>39j. | | | | | Westchester County Jail 8/11/22<br><br>Transcript<br>Westchester County Jail 8/13/22<br><br>Transcript<br><br>Westchester County Jail 8/23/22<br><br>Transcript<br><br>Federal Detention Center – Miami 10/6/23<br><br>Transcript<br><br>Federal Detention Center – Miami 10/14/23<br><br>Transcript | |
| 40a.<br>40b. | | | | | ALI FBI Interview Audio<br>Transcript | |
| 41a.-d. | | | | | MASON FBI interview 1 (November 29, 2022)<br>Transcript<br>MASON FBI interview 2 (November 29, 2022)<br>Transcript | |
| 42a.-h. | | | | | Mason FBI Interview (August 18, 2022)<br>Transcript<br>Mason FBI Interview (October 24, 2022)<br>Transcript<br>Mason FBI Interview Part 1 (November 18, 2022)<br><br>Transcript<br><br>Mason FBI Interview Part 2 (November 18, 2022) | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| | | | | | Transcript | |
| 43a.-s. | | | | | RAMIREZ Jail Calls Transcripts | |
| 44a. 44b. | | | | | Stephan Adams Jail Call to ALI Transcript | |
| 45a. 45b. | | | | | FDC Miami Consent Recording Transcript | |
| 46. | | | | | GreenDot Business Record (Jimenez and Serrano) Records | |
| 47. | | | | | Block/ Cash App for Jaime Serrano | |
| 48. | | | | | Serrano Call Detail Records June 29, 2019 – March 24, 2023 (914) 536-0429 | |
| 49. | | | | | American Airlines (Jimenez) | |
| 50a.-b. | | | | | Flight Records and Manifest | |
| 51a. 51b. 51c. 51d. 51e. | | | | | Enterprise Rental Records (Internal) Enterprise Rental Summary Enterprise Itemized Receipt of Toll Hits Enterprise Rental Records (Internal and License Plate Information) Enterprise Nissan Versa Maintenance | |
| 52. | | | | | Serrano FDC Miami TRULINCS Email | |
| 53. | | | | | RAMIREZ iCloud Subscriber page Apple ID: Roly@doralcollision Tadeo Text Messages 2012 Tadeo Text Messages 2013 Tadeo Text Messages 2014 Fonseca Text Thread 2012 Fonseca Text Messages 2014 Lianko Text Messages 2019 Bernreuther Text Messages 2019 Jukel Text Messages 2019 ALI Text Messages 2019 | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| | | | | | ALI Text Messages 2020<br>Attribution | |
| 54. | | | | | ALI iCloud ("Big Sheed")<br>Subscriber page<br>"Greenlight" (Serrano) Text Messages 2019<br>"Clay Helton" (Swaby) Text Messages 2019<br>"Fernando Clay" (Carias) Text Messages 2019<br>"Omar Autobody" Text Messages 2019<br>"Lex Food Dude" (Berbick) Text Messages<br>"Shifta" (MASON) Text Messages 2021<br>"Greenlight" (Serrano) WhatsApp Messages 2016<br>"Greenlight" (Serrano) WhatsApp Messages 2020-2022<br>"Shifta" (MASON) Phone ending 3727<br>WhatsApp Messages 12/19/2017 – 10/11/2022<br>"Shifta" (MASON) Phone ending 7107<br>WhatsApp Calls 11/2022<br>Attribution | |
| 55.<br>55a.-55dd. | | | | | ALI Burner Phone ending 8851<br>Photographs and Images | |
| 56.<br>56a.-f. | | | | | ALI Phone ending in 9346<br>Call logs<br>Photographs and videos (marijuana)<br>Signal® Messages with "johnwickja279"<br>(MASON)Phone ending in 5535<br>WhatsApp messages ("Jelin Vargas")<br>Google Search<br>Attribution | |
| 57. | | | | | MASON iCloud ("johnwick275921", "Shifta Mason", fraskreqmusic")<br>Subscriber page (Including 3727 and 7107)<br>"Raga" (Serrano) Phone ending 3357 messages with MASON Phone ending 1298<br>Photograph of MDPD Det. Hendrick's business card<br>Records of ledgers and shipments<br>Photographs of Signal® messages with ledgers 08/2020<br>Photograph of WhatsApp message with "Greenlight" with ledger 08/2020 | |

9

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| | | | | | Photographs of documents related to trucking company Photograph of One Trucking Company Attribution | |
| 58a. 58b. | | | | | MASON Phone (Seized April 1, 2023) Subscriber Page WhatsApp messages with "Gl" with phone number 347-419-0946 (Serrano) 10/14/2021-08/06/2022 | |
| 59. 59a. | | | | | MASON phone ending in 5535 Subscriber Page Call logs Videos and Photographs(marijuana) Signal® messages with "Sk" ALI Phone ending in 9346 | |
| 60a. 60b. | | | | | Serrano Flip Phone Call logs Serrano Text messages with MASON Phone ending 1298 | |
| 61. | | | | | Serrano Infinity Purchase Sept. 1, 2019 | |
| 62. | | | | | Lyft | |
| 63a. 63b. | | | | | Business Record Certification for Telephone/ Call Detail and Location Data/Jaime Serrano Call Detail Records Subscriber Information | |
| 64a. 64b. | | | | | ALI "TD Bank" Business Record Certificate Church Rent Deposit | |
| 65. | | | | | Instagram/ Jaime Serrano Floral Shirt Photograph Driveway with cars various | |
| 66. | | | | | Serrano iCloud Photographs | |
| 67. | | | | | Serrano TD Bank Account 8119 | |
| 68. | | | | | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez Call Detail Records Subscriber Information LTE Records | |
| 69. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for MASON 3727 (7/27/20-9/30/20) Business Record Cert for Telephone/Call/Detail Records | |

10

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| | | | | | for MASON 3727 (1/1/22-1/10/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for MASON 3727 (8/10/22-3/27/23) | |
| 70. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for MASON 7107 (10/11/22-3/28/23)<br><br>Business Record Certificate for Telephone/Call/Detail Records for MASON 7107 (1/1/19-1/4/23) | |
| 71. | | | | | Business Record Certificate for Telephone/Call/Detail Data for MASON 1298 (9/1/23-1/15/24)<br><br>Business Record Certificate for Telephone/Call/Detail Records for MASON 1298 (8/1/19-9/21/23) | |
| 72a.<br>72b. | | | | | Business Record Certificate Telephone/Call/Detail Data for MASON 8801 (9/1/23-1/15/24) | |
| 73. | | | | | Business Record Certificate for Telephone/Call/Detail and Location Data for ALI 5702 (8/1/19-9/9/19)<br><br>Call Detail Records<br><br>Business Record Cert for Telephone/Call/Detail for ALI 5702 (1/1/22-1/10/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for ALI 5702 (8/10/22-1/6/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for ALI 5702 (1/6/23-3/7/23) | |
| 74a.<br><br>74b.<br><br>74c. | | | | | Verizon Subscriber Information for ALI TracFone ending in 3675, 9490, 6490 found in ALI's Aventura Residence<br><br>TracFone Subscriber Information for ALI TracFone ending in 3675 found in ALI's Aventura Residence<br><br>TracFone Subscriber Information for ALI TracFone ending in 9490 found in ALI's Aventura Residence | |

11

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| 74d. | | | | | TracFone Subscriber Information for ALI TracFone ending in 6490 found in ALI's Aventura Residence | |
| 75a. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for RAMIREZ 2449 (2/1/19-3/1/19) and Telephone/Call/Detail and Location Data for RAMIREZ 2449 (8/1/19-9/9/19) | |
| 75b. | | | | | Business Record Cert for Telephone/Call/Detail for RAMIREZ 2449 (3/1/19-8/16/24) | |
| 75c. | | | | | Business Record Certificate for Telephone/Call/Detail and Location Data for RAMIREZ 2449 (8/10/22-3/27/23) | |
| 76a. | | | | | Ali Grand Jury Subpoena | |
| 76b. | | | | | Ali Grand Jury Subpoena Answer | |
| 77a. 77b. 77c. 77d. | | | | | Business Record Certification Bank/ TD Bank Alexandra Owens $1100 Deposit Statement page showing $1100 deposit Statement page with transfer to ALI | |
| 78a. 78b. | | | | | Wendy's Business Record Certificate Wendy's receipt | |
| 79a. 79b. | | | | | Pollo Tropical Business Record Certificate Pollo Tropical receipt | |
| 80. | | | | | Federal Detention Center Jaime Serrano housing | |
| 81a-j. | | | | | Doral Collision v. Alex Vega RAMIREZ Deposition | |
| 82a.-e. | | | | | ALI Phone (Seized in 2023) ending in 5702 screen recordings | |
| 83. | | | | | Summary Exhibit | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| 84. | | | | | C.A.S.T. Analysis Report | |
| 85. | | | | | Business Record Cert for Telephone/Call/Detail for Yalene Marissa Gonzalez 9544 (01/01/2022-01/10/2023)  Telephone/Call/Detail and Location Data for Yalene Marissa Gonzalez 9544 (08/10/2022-03/27/2023) | |
| 86. | | | | | Business Record Cert for Telephone/Call/Detail Records and corresponding records for Alexandra Owens 8594 (01/01/2019-08/24/2022) | |
| 87. | | | | | RAMIREZ text messages from telephone 2449 with ALI telephone 5702 | |
| 88. | | | | | Jaime Serrano DNA Swab | |
| 89. | | | | | 2015 New York Burglary Report | |
| 90. | | | | | RAMIREZ Residence Search (March 2023) | |
| 91. | | | | | ALI 2024 Phone ending in 5702 | |
| 92. | | | | | Racket Absence of Nore/Timeless Promotion | |
| 93. | | | | | Foreign Religion Screenshot | |
| 94. | | | | | Stipulations | |
| 95. | | | | | | |
| 96. | | | | | | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Abbie D. Waxman
Assistant United States Attorney
